# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-159 (02) JRT/FLN |
| Plaintiff, | |
| v. | **O R D E R** |
| FREDERICK JAMES MOORE, | |
| Defendant. | |

---

Erica H. Macdonald, Assistant United States Attorney, 600 United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, for plaintiff.

Craig E. Cascarano, CASCARANO LAW OFFICE, 150 South Fifth Street, Suite 3260, Minneapolis, Minnesota 55402, for defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 31, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress evidence obtained through illegal search [Docket No. 60] is **DENIED**.

DATED: September 30, 2005           s/John R. Tunheim
at Minneapolis, Minnesota           JOHN R. TUNHEIM
                                              United States District Judge